UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HAWAIIAN RIVERBEND, LLC,<br><br>Debtor. | Case No.  22-cv-06770-VC<br><br>**ORDER DENYING IFP APPLICATION**<br><br>Re: Dkt. No. 6 |

The IFP Application is denied. Miroyan has not submitted an affidavit that "claims an entitlement to redress" and "states the issues that the party intends to present on appeal," as required by Federal Rule of Appellate Procedure 24. In any case, Miroyan has sufficient assets to pay the filing fee.

**IT IS SO ORDERED.**

Dated: December 13, 2022

VINCE CHHABRIA
United States District Judge