UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HAWAIIAN RIVERBEND, LLC,<br><br>Debtor. | Case No. 22-cv-06770-VC<br><br>**ORDER TO SHOW CAUSE** |

The Bankruptcy Record was docketed on March 7, 2023, but the appellant has failed to file a principal brief. The appellant is ordered to show cause why this case should not be dismissed for failure to prosecute. The appellant's response is due within 7 days of this order.

**IT IS SO ORDERED.**

Dated: April 28, 2023

VINCE CHHABRIA
United States District Judge